February 2006                                                                                      2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re
**Helm, Charles Arthur & Danenberg, Rebecca Cynthia**
                                                                              Debtor(s).

CHAPTER: **7**

CASE NO.: **2:10-bk-62904**

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Helm, Charles Arthur**, the debtor in this case, declare under penalty
   *(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I, **Danenberg, Rebecca Cynthia**, the debtor in this case, declare under penalty
   *(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

☐ I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☒ I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

☐ I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **December 10, 2010**     Signature */s/ Charles Arthur Helm*
                                                                                                                    *Debtor*

Date: **December 10, 2010**     Signature */s/ Rebecca Cynthia Danenberg*
                                                                                                       *Joint Debtor (if any)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Profit & Loss
June - November, 2010

| | Jun 2010 | Jul 2010 | Aug 2010 | Sep 2010 | Oct 2010 | Nov 2010 | Total |
|---|---|---|---|---|---|---|---|
| Income | | | | | | | |
|   Gross Income | | | | | | | $0.00 |
|     Commissions | 20,677.08 | 10,613.98 | 8,014.36 | 6,012.48 | 3,785.74 | 5,484.49 | $54,588.13 |
|     Freelance Design & Development | | | 475.00 | 14,017.50 | 23,662.50 | 12,900.00 | $51,055.00 |
|     Sample Sales/ Custom | 275.00 | | | | | | $275.00 |
|     Samples, Trims, CMT etc. | | | 3,988.09 | 370.00 | | | $4,358.09 |
|   Total Gross Income | 20,952.08 | 10,613.98 | 12,477.45 | 20,399.98 | 27,448.24 | 18,384.49 | $110,276.22 |
| Total Income | $20,952.08 | $10,613.98 | $12,477.45 | $20,399.98 | $27,448.24 | $18,384.49 | $110,276.22 |
| Gross Profit | $20,952.08 | $10,613.98 | $12,477.45 | $20,399.98 | $27,448.24 | $18,384.49 | $110,276.22 |
| Expenses | | | | | | | |
|   Ad/Sample,Concepts,Dev. | | | 315.39 | | | | $315.39 |
|     Fit & Sample Model | | | 500.00 | | 150.00 | 900.00 | $1,550.00 |
|     Sample Development-Showroom/Firsts | 3,000.42 | 611.50 | 1,839.00 | 2,413.98 | 2,780.10 | 1,605.00 | $12,250.00 |
|     Sample Fabrics | 99.00 | 718.63 | 801.31 | 297.96 | 1,579.78 | 309.55 | $3,806.23 |
|     Trims & Materials | 81.17 | 766.14 | 890.98 | 490.69 | 375.00 | 211.36 | $2,815.34 |
|     Vintage, Rub-Offs, Etc. | | 987.84 | 1,665.02 | 1,350.00 | 2,252.54 | 99.34 | $6,354.74 |
|   Total Ad/Sample,Concepts,Dev. | 3,180.59 | 3,084.11 | 6,011.70 | 4,552.63 | 7,137.42 | 3,125.25 | $27,091.70 |
|   Auto | 10.00 | | | | | | $10.00 |
|     Auto Fees & Registration | 21.00 | 1.00 | 96.12 | 1.00 | 2,167.08 | 2.75 | $2,288.95 |
|     Auto Fuel | 148.97 | | 102.04 | 491.36 | 201.98 | 322.33 | $1,266.68 |
|     Auto Lease-Prius Reimb TFS | 937.21 | 1,275.00 | 955.89 | 600.00 | 25.00 | 200.00 | $3,993.10 |
|     Auto Service & Repairs | 149.28 | | 681.18 | | 204.26 | 212.97 | $1,247.69 |
|     Auto-Business Rentals | | | | | | 424.73 | $424.73 |
|   Total Auto | 1,266.46 | 1,276.00 | 1,835.23 | 1,092.36 | 2,598.32 | 1,162.78 | $9,231.15 |
|   Bank Charges | 301.93 | 201.27 | 1,032.43 | 541.33 | 360.41 | 295.56 | $2,732.93 |
|   Charity & Donations Tax Dedutible | | | | | 1,200.00 | | $1,200.00 |
|   Dues & Subscriptions | | | | | | | $0.00 |
|     Trade Publications | | | | | 200.00 | | $200.00 |
|   Total Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 0.00 | $200.00 |
|   Insurance | | | | | | | $0.00 |
|     Auto Insurance | 587.00 | 353.38 | 455.77 | 455.77 | 442.63 | 442.63 | $2,737.18 |
|     Kaiser Medical Insurance | 1,590.00 | 1,355.75 | 3,097.18 | 3,365.98 | | 798.33 | $10,207.24 |
|   Total Insurance | 2,177.00 | 1,709.13 | 3,552.95 | 3,821.75 | 442.63 | 1,240.96 | $12,944.42 |
|   Interest Paid | 59.80 | 57.14 | 58.54 | 58.02 | 56.40 | 57.23 | $347.13 |
|   Legal & Professional Fees | | | | | | | $0.00 |
|     Accounting/Taxes CPA Fees | | 2,113.20 | | | | | $2,113.20 |
|   Total Legal & Professional Fees | 0.00 | 2,113.20 | 0.00 | 0.00 | 0.00 | 0.00 | $2,113.20 |
|   Meals and Entertainment | | | | | | 96.25 | $96.25 |
|   Office Expenses | 82.42 | | 220.35 | 242.98 | | 139.55 | $685.30 |
|   Office Expenses-Computer Software/Hardware | 564.06 | 34.50 | 59.16 | 98.37 | 463.59 | -0.20 | $1,219.48 |
|   Rent or Lease-Bus.-1849 Blake Shop/135 1/2 Blake-Office | 1,007.28 | 240.00 | 550.00 | 1,521.00 | | | $3,318.28 |
|   Repair & Maintenance | 70.00 | | | | 300.00 | | $370.00 |
|   Sample Sewing Equipment Lease | 606.56 | | | 150.00 | 200.00 | 800.00 | $1,756.56 |
|   Stationery & Printing | 26.76 | 51.47 | | | | | $78.23 |
|   Supplies | 32.38 | 51.75 | | 202.94 | 196.95 | | $484.02 |

|  |  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|---:|
| Taxes & Licenses |  |  | 140.00 | 3,661.18 | 27.32 | 31.20 | $3,859.70 |
| Uncategorized Expense | 199.91 | 52.22 | 203.86 | 201.02 | 70.57 | 268.01 | $995.59 |
| Utilities-Business | 239.27 |  |  | 128.49 | 219.11 |  | $586.87 |
|   Cell Phone | 795.01 | 152.00 | 709.79 | 362.00 | 400.00 | 399.90 | $2,818.70 |
|   Internet |  |  | 49.90 | 19.95 | 213.76 | 143.86 | $427.47 |
| Total Utilities-Business | 1,034.28 | 152.00 | 759.69 | 510.44 | 832.87 | 543.76 | $3,833.04 |
| Total Expenses | $10,609.43 | $9,022.79 | $14,423.91 | $16,654.02 | $14,086.48 | $7,760.35 | $72,556.98 |
| Net Operating Income | $10,342.65 | $1,591.19 | $ -1,946.46 | $3,745.96 | $13,361.76 | $10,624.14 | $37,719.24 |
| Other Income |  |  |  |  |  |  |  |
|   Interest Earned |  | 0.02 | 0.02 | 0.01 |  |  | $0.05 |
| Total Other Income | $0.02 | $0.02 | $0.01 | $0.00 | $0.00 | $0.00 | $0.05 |
| Net Other Income | $0.02 | $0.02 | $0.01 | $0.00 | $0.00 | $0.00 | $0.05 |
| Net Income | $10,342.67 | $1,591.21 | $ -1,946.45 | $3,745.96 | $13,361.76 | $10,624.14 | $37,719.29 |

Tuesday, Nov 30, 2010 09:38:24 PM PST GMT-8 - Cash Basis

This report was created using QuickBooks Online Plus.